**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case 24-32668** |
| **Yogunda Brooks** | § | |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **Chapter 13** |

**WITHDRAWAL OF CLAIM**

TO:  CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Proof of Claim No.1 in the amount of $12858 dated 09/11/2024, which was filed with the Court on 09/11/2024, for Texas Workforce Commission Account No.xxx-xx-6966.

Respectfully submitted, this 11th day of September 2024.

                                                    By:  /s/ James Vowell
                                                    Account Examiner III
                                                    Texas Workforce Commission